

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARIO ERNESTO MARTELL, | § | No. 08-18-00180-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal District Court No. One |
| THE STATE OF TEXAS | § | of El Paso County, Texas |
| Appellee. | § | (TC# 990D03958) |

### **O R D E R**

The above styled and numbered cause has been remanded to this Court with instructions from the Court of Criminal Appeals of Texas that we consider and reach a decision on the applicability of the State's estoppel argument to Appellant's case, but only after we first afford the parties an opportunity to fully brief the issue. It is therefore ordered that the State's supplemental response brief on that limited issue shall be filed in this Court no later than July15, 2022, and Appellant's supplemental reply brief shall be filed no later than August 14, 2022.

IT IS SO ORDERED THIS 15TH DAY OF JUNE, 2022.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.